IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JILL ROE, COREY ROBINSON,
and IRIS CAWTHORN                                                    PLAINTIFFS

v.                     Case No. 2:09-cv-00098-DPM

ELMER GRAHAM, individually
and in his official capacity                                          DEFENDANT

ORDER

The Plaintiff's unopposed motion for extension of time is granted. Discovery must be completed by 28 May 2010.

It Is So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 May 2010